FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JUN 15  A 10: 05

**CHRISTOPHER MILLER,**

    **Plaintiff,**

v.                                                  Case No.: 3:06-cv-136-J-20TEM

**DONALD HARDEN, RHONDA WILCOX,
ROBERT COURSEY, WILLIAM MORRIS
IV, CAROL HOLMES, and MARTHA JEAN
MCHANEY,**

    **Defendants.**

_____/

**ORDER**

The Court is in receipt of Defendant's Memorandum of Law in Support of Their Motion for Attorney Fees and the accompanying affidavit of attorney fees. (Doc. No. 23, filed June 5, 2006). After reviewing the Memorandum and the affidavit of hours spent in preparation and the costs associated with Ms. Wilcox attending the hearing conducted on May 25, 2006, the Court finds that the amount of $2,707.53 sought for attorneys' fees is reasonable. It is well settled that the calculation of reasonable attorneys' fees is achieved by determining the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate. Hensley v. Eckerhart, 461 U.S. 424, 433-34 (1983). Defendant is seeking compensation in the amount of $2,350.00 for ten hours spent preparing for, traveling to, and attending the May 25, 2006 hearing, which Plaintiff did not attend, at an hourly rate of $235 per hour. Defendant is also seeking to recoup $357.53.00 for the mileage, parking, and hotel accommodations necessary for Ms. Wilcox to attend the hearing in Jacksonville. The Court finds that both the number of hours spent and

the hourly rate requested are reasonable. Consequently, Defendant's Oral Motion for Costs and Fees (Doc. No. 20) is **GRANTED** and Plaintiff is hereby ordered to pay Defendant's attorneys' fees associated with the May 25, 2006 hearing, not later than July 15, 2006.

**DONE AND ENTERED** at Jacksonville, Florida, this /5/ day of June, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**

Christopher Miller, pro se
Carlos J. Burruezo, Esq.
Donald B. Harden, Esq.
Rhonda R. Wilcox, Esq.